**UNITED STATES DISTRICT COURT**
**THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

**Case No. 2:18-md-2846**

**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Kimberly A. Jolson**

**This document relates to:**
*Bricking v. Davol, Inc., et al.*
**Case No. 2:23-cv-2670**

**ORDER**

Plaintiff Linda Bricking has filed four complaints, via three different attorneys, in this multidistrict litigation ("MDL") alleging injuries caused by a Ventralight ST hernia mesh device. The first case, filed on February 8, 2022, was dismissed without prejudice by a stipulation of the parties (Case No. 22-cv-502, ECF No. 2). The second case, filed on February 17, 2022, was dismissed without prejudice for Plaintiff's failure to serve complaint (Case No. 22-cv-756, ECF No. 6). The third case, filed February 24, 2022, remains pending (Case No. 22-cv-1017). On August 23, 2023, Plaintiff filed this case (ECF No. 1). On November 28, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. 22-cv-1017. (ECF No. 3.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 3) is **GRANTED** and this case is **DISMISSED**.

   **IT IS SO ORDERED.**

**1/10/2024**                                        **s/Edmund A. Sargus, Jr.**
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                       **UNITED STATES DISTRICT JUDGE**